DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOBARK ABDELRAHMAN** and **NAJAT ALOMAIRI,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE COMPANY,**
Appellee.

No. 4D21-2526

[November 17, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502019CA016561XXXXMB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellants.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU., JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***